HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOHN ALAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00420 AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | Date: July 22, 2013 |
| JOHN ALAN WILLIAMS, | ) ) | Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |
| *Defendant.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant John Alan Williams, that the date for status conference in this matter may be continued to July 22, 2013, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is June 10, 2013.  The requested new date is July 22, 2013.**

The government has advised the defense that a plea offer will be extended within the next few days. This continuance is requested to allow time for the defense to receive and review the offer, and to allow time for Mr. Williams to consider the offer.  The continuance is also requested to allow time for further negotiations and additional defense investigation that may be necessary based on the contents of the government's offer.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: June 6, 2013            By */s/ Brian W. Enos*
                                            BRIAN W. ENOS
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: June 6, 2013            By */s/ Eric V. Kersten*
                                            ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        John Alan Williams

# **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

**Dated:   June 6, 2013**               **/s/ Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE