HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN ALAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00420 AWI BAM |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | |
| JOHN ALAN WILLIAMS, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, JOHN ALAN WILLIAMS, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

Defendant makes this request because he resides in Canyonville, Oregon and he wishes to minimize the time and expense involved in traveling to Fresno for non-substantive court hearings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: July 16, 2013                               /s/ *Eric V. Kersten*
                                                   ERIC V. KERSTEN
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   JOHN ALAN WILLIAMS

DATED:  July 16, 2013                              /s/ John Alan Williams
                                                   JOHN ALAN WILLIAMS
                                                   Defendant

## ORDER

Good cause appearing, IT IS ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 8, 2013**                      /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE