HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
eric_kersten@fd.org

Attorney for Defendant
JOHN ALAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-CR-00420 AWI-BAM |
| Plaintiff, | **AMENDED** STIPULATION TO CONTINUE JURY TRIAL;  ORDER |
| vs. | |
| JOHN ALAN WILLIAMS, | Date:    October 21, 2014 |
| Defendant. | Time:   8:30 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant John Alan Williams, that **the jury trial currently set for June 24, 2014, may be continued to October 21, 2014 at 8:30 a.m., and**t **the trial confirmation hearing scheduled for June 9, 2014, may be continued to September 22, 2014 at 10:00 a.m.**

The parties are attempting to reach a negotiated settlement in this matter but defense counsel has recently learned of an issue that will require the forensic examination of the computer hard drive by an independent computer expert before negotiations can be completed. This continuance is requested to allow adequate time for a copy of the hard drive to be provided to the defense expert, for the forensic examination to be completed, and for the results to be received and considered in plea negotiations.  It will also allow for the possible presence of the

defense expert at trial if a negotiated settlement is not achieved. The requested continuance will conserve time and resources for the parties and the court as it may eliminate the need for trial.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  March 11, 2014          BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Brian W. Enos
                                BRIAN W. ENOS
                                Assistant United States Attorney
                                Attorney for Plaintiff


Dated:  March 11, 2014          HEATHER E. WILLIAMS
                                Federal Defender


                                /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOHN ALAN WILLIAMS


## O R D E R

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   March 11, 2014         _____
                                SENIOR DISTRICT JUDGE