BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:12-cr-00420 AWI |
| Plaintiff, | **STIPULATION TO CONTINUE OCTOBER 21, 2014 TRIAL TO MARCH 10, 2015; ORDER** |
| v. | Ctrm: 2 |
| | Hon. Anthony W. Ishii |
| JOHN ALAN WILLIAMS, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Assistant Federal Defender Eric V. Kersten, Counsel for Defendant John Alan Williams ("defendant"), that this action's **(a) October 21, 2014 jury trial be continued to 8:30 a.m. on Tuesday, March 10, 2015; and (b) September 22, 2014 trial confirmation hearing be continued to 10:00 a.m. on Monday, February 9, 2015**.

The parties base this stipulation on good cause. To explain, former Clovis Police Sergeant Matt McFadden served as the computer forensics examiner in the 2012 investigation underlying this case. Specifically, Sgt. McFadden examined the computers and electronic storage media relevant to the

government's charges, which themselves are based on the contents therein. As such, he is an essential witness in this case.

Since the filing of the indictment on November 29, 2012, Sgt. McFadden left Clovis PD to work for a company in Virginia that provides computer forensics assistance to law enforcement throughout the world. In August 2014, Sgt. McFadden contacted me to advise me that he had recently been tasked with travelling to Zagreb, Croatia, to provide computer forensics assistance to law enforcement agencies from areas including Eastern Europe from October 17-October 25, 2014. The parties believe the trial to this action should be completed within a week. Accordingly, he would be unavailable to testify at trial were it to maintain its start date on October 21, 2014.

Defendant is out of custody and agrees to this recommended continuance. In addition, the parties continue to work on resolving this matter prior to trial. Further, counsel for the government cleared the requested continuance date with its key witnesses, the defense and chambers. Counsel for the parties both also identified this continuance date through a review of their respective trial calendars.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § §  3161(h)(1)(G), 3161(h)(3)(A) and 3161(h)(7)(A).

BENJAMIN B. WAGNER
United States Attorney

Dated: September 10, 2014          By: Brian W. Enos
                                   BRIAN W. ENOS
                                   Assistant U.S. Attorney

                                   (As auth. 9/10/14)

Dated: September 10, 2014           /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Attorney for Defendant

IT IS SO ORDERED.

Dated:   September 10, 2014        _____
                                   SENIOR DISTRICT JUDGE