HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
John Alan Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00420-AWI-BAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO VACATE TRIAL AND SET FOR CHANGE OF PLEA** |
| vs. | ) | Date:  September 28, 2015 |
| JOHN ALAN WILLIAMS, | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the trial confirmation hearing scheduled for June 29, 2015, and the trial scheduled for July 28, 2015**, **may be vacated, and the matter may be set for change of plea on September 28, 2015 at 10:00 a.m.,** or the soonest date thereafter that is convenient to the court.

The parties have reached a negotiated settlement and a signed plea agreement has been filed with the court.  Under the terms of the agreement, the defendant will be remanded into custody when he appears before the court and formally changes his plea to guilty. The parties are requesting that the current trial confirmation hearing and trial be vacated, and that the matter be scheduled for a change of plea at a later date to allow time for Mr. Williams to get his affairs in order prior to formally entering the agreement and being remanded into custody.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: June 23, 2015                     By    */s/ Brian W. Enos*
                                                                 BRIAN W. ENOS
                                                                 Assistant United States Attorney
                                                                 Attorneys for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: June 23, 2015                     By    */s/ Eric V. Kersten*
                                                                  ERIC V. KERSTEN
                                                                Assistant Federal Defender
                                                               Attorneys for Defendant
                                                               John Alan Williams

## ORDER

**IT IS SO ORDERED**. The trial confirmation hearing scheduled for June 29, 2015, and the trial scheduled for July 28, 2015 are vacated.  A status conference for change of plea is scheduled for **October 5, 2015** at 10:00 a.m., or such other date that the parties and the court may agree.

IT IS SO ORDERED.

Dated:   June 24, 2015                                         _____
                                                                 SENIOR  DISTRICT  JUDGE