HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
eric_kersten@fd.org

Attorney for Defendant
JOHN ALAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> vs. <br> JOHN ALAN WILLIAMS, <br> *Defendant.* | Case No.  1:12-CR-00420-AWI-BAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:   December 7, 2015 <br> Time:  10:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant John Alan Williams, that **the status conference set for September 28, 2015, may be continued to December 7, 2015 at 10:00 a.m..**

This matter is currently scheduled for a change of plea, but the defense is obtaining a psychological evaluation of Mr. Williams and wants the results before entering the agreement. The defense made arrangements for the evaluation to be conducted in Oregon, where Williams was residing, but just learned that Mr. Williams was arrested for an alleged violation of his pretrial release conditions. The defense will be requesting that Williams' pretrial release be reinstated, and depending on the outcome of this request, it will either proceed with the evaluation in Oregon, or make arrangements for an evaluation to be conducted locally.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  September 24, 2015          BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Brian W. Enos*
                                    BRIAN W. ENOS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Dated:  September 24, 2015          HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Eric V. Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOHN ALAN WILLIAMS

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   September 24, 2015          _____
                                     SENIOR  DISTRICT  JUDGE