UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN ALAN WILLIAMS,<br><br>　　　　Defendants. | Case No.  1:12-cr-00420-DAD-BAM<br><br><br>DETENTION ORDER |

　　　　The Court orders the revocation of pretrial release and the defendant's detention because it finds:

1. There is clear and convincing evidence that this defendant has violated a condition or conditions of release; and
2. That this defendant is unlikely to abide by any condition or combination of conditions of release.

This order is without prejudice to any bail review motion brought by the defense before a U.S. Magistrate Judge of this court based upon any new and/or additional information.

IT IS SO ORDERED.

Dated:  **March 22, 2016**　　　　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1