PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN ALAN WILLIAMS,<br><br>            Defendant. | No. 1:12-CR-00420-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant John Alan Williams, it is hereby ORDERED, ADJUDGED AND DECREED:

1.  Pursuant to 18 U.S.C. § 2253, defendant John Alan Williams' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Acer Laptop, S/N: LXPGX020059, seized from defendant by law enforcement on or about January 25, 2012,

    b. IBM Think Pad Laptop, S/N: L3-AD556, seized from defendant by law enforcement on or about January 25, 2012,

    c. External and Internal Hard Drives (Hitachi S/N: JBVM14HPLIA, Hitachi S/N: 1SDA5LBL, Seagate S/N: NA053K5G, Seagate S/N: 9VP04HJX, Western Digital S/N: WMAH91104312), Thumb Drives (Ativa 4GB, Data Trach 2GB, Office Depot 2GB) and Micro SD card, seized from defendant by law enforcement on or about January 25, 2012, and

    d. Motorola cellular phone, seized from defendant by law enforcement on or

1         about January 25, 2012.

2         2.    The above-listed assets constitute visual depictions, or property which contains visual depictions, produced, transported, mailed, shipped or received, or is property used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2252(a)(2).

        3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

        4.    a.    Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.    This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

/////

/////

/////

/////

/////

/////

PRELIMINARY ORDER OF FORFEITURE     2

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **August 16, 2016**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE