HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
eric_kersten@fd.org

Attorney for Defendant
JOHN ALAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00420 DAD-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER |
| vs. | |
| JOHN ALAN WILLIAMS, | Date: December 5, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale. A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant John Alan Williams, that **the sentencing hearing set for October 31, 2016, may be continued to December 5, 2016 at 10:00 a.m.**

Mr. Williams resides with his parents in southern Oregon. They are retired, of limited means, and live on a fixed income. A recent storm caused considerable damage to Williams' parents' property and they are physically unable to make the needed repairs themselves, and it would cause them a financial hardship to hire someone to complete the repairs. This continuance is requested to allow time for Williams to make the needed repairs on his parents' property, and also to share Thanksgiving with parents before sentencing, at which time he will be remanded into custody. Mr. Williams has complied with all conditions of his pretrial release since being

released on June 1, 2016. The government does not object to this request.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated: October 21, 2016     PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

Dated: October 21, 2016     HEATHER E. WILLIAMS
Federal Defender

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JOHN ALAN WILLIAMS

## **O R D E R**

**IT IS SO ORDERED.** Sentencing is continued December 5, 2016.

DATED: October \_\_\_\_\_, 2016

DALE A. DROZD
United States District Judge
Eastern District of California