HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
eric_kersten@fd.org

Attorney for Defendant
JOHN ALAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>vs.<br><br>JOHN ALAN WILLIAMS,<br><br>*Defendant.* | Case No.  1:12-CR-00420 DAD-BAM-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date:   December 5, 2016<br>Time:   10:00 a.m.<br>Judge: Hon. Dale. A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant John Alan Williams, that **the sentencing hearing set for October 31, 2016, may be continued to December 5, 2016 at 10:00 a.m.**

Mr. Williams resides with his parents in southern Oregon. They are retired, of limited means, and live on a fixed income.  A recent storm caused considerable damage to Williams' parents' property and they are physically unable to make the needed repairs themselves, and it would cause them a financial hardship to hire someone to complete the repairs. This continuance is requested to allow time for Williams to make the needed repairs on his parents' property, and also to share Thanksgiving with parents before sentencing, at which time he will be remanded into custody.  Mr. Williams has complied with all conditions of his pretrial release since being

1  released on June 1, 2016. The government does not object to this request.

2  The parties agree that the delay resulting from the continuance shall be excluded in the
3  interest of justice, including but not limited to, the need for the period of time set forth herein
4  for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

6  Dated: October 21, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney
7

8                                             */s/ Brian W. Enos*
                                              BRIAN W. ENOS
9                                             Assistant United States Attorney
                                              Attorney for Plaintiff

12  Dated: October 21, 2016                   HEATHER E. WILLIAMS
                                              Federal Defender
13

14                                            */s/ Eric V. Kersten*
                                              ERIC V. KERSTEN
15                                            Assistant Federal Defender
                                              Attorney for Defendant
16                                            JOHN ALAN WILLIAMS

## O R D E R

20  Sentencing hearing as to the above named defendant previously set for October 31, 2016,
21  is continued December 5, 2016, at 10:00am in Courtroom 5 before District Judge Dale A.
22  Drozd. No further continuances of this sentencing will be granted absent a compelling showing
23  of good cause.
24  IT IS SO ORDERED.

25  Dated: **October 24, 2016**

                                              _____
26                                            UNITED STATES DISTRICT JUDGE

U.S. v. Williams: Stipulation to Continue Sentencing        -2-