HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
eric_kersten@fd.org

Attorney for Defendant
JOHN ALAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:12-CR-00420-DAD-BAM |
|---|---|
| *Plaintiff,* vs. | DEFENDANT'S MOTION TO CONTINUE SENTENCING; ORDER |
| JOHN ALAN WILLIAMS, | Judge:  Hon. Dale A. Drozd |
| *Defendant.* | |

Defendant John Alan Williams, through undersigned counsel, hereby requests that the sentencing hearing currently scheduled for December 5, 2016 be continued one week, to December 12, 2016. The defense has conferred with AUSA Brian Enos regarding this motion. The government takes no position, either for or against Mr. Williams' request. The parties agree that the court may rule on this motion without any hearing.

Mr. Williams resides in the small, rural town of Canyonville, Oregon. He has been travelling to court by Greyhound bus, but his family would like to travel with Mr. Williams and be present at sentencing. The family car is in need of repair and Mr. Williams is in the process of installing a new transmission. He is uncertain whether the repairs will be completed in time to allow his family to accompany him at the currently scheduled sentencing date. Mr. Williams requests that this short continuance be granted to permit the presence of his family.

/ / /

If this motion is granted, the parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated: November 30, 2016

          HEATHER E. WILLIAMS
          Federal Defender

          */s/ Eric V. Kersten*
          ERIC V. KERSTEN
          Assistant Federal Defender
          Attorney for Defendant
          JOHN ALAN WILLIAMS

## ORDER

The Court has reviewed and considered defendant's unopposed motion to continue the sentencing hearing in this case. Good cause appearing, the sentencing hearing as to John Alan Williams currently set for December 5, 2016, is continued to December 12, 2016, at 1:00 p.m. in Courtroom 5 before District Judge Dale A. Drozd. No further continuances of this sentencing will be granted.

IT IS SO ORDERED.

Dated: **December 1, 2016**

                                          UNITED STATES DISTRICT JUDGE