PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-CR-00420-DAD-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN ALAN WILLIAMS, | |
| Defendant. | |

WHEREAS, on August 16, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant John Alan Williams in the following property:

a. Acer Laptop, S/N: LXPGX020059, seized from defendant by law enforcement on or about January 25, 2012,

b. IBM Think Pad Laptop, S/N: L3-AD556, seized from defendant by law enforcement on or about January 25, 2012,

c. Dell Laptop, S/N: 523LBP1, seized from defendant by law enforcement on or about January 25, 2012,

d. Dell Laptop, S/N: 91MZC31, seized from defendant by law enforcement on or about January 25, 2012,

e. External and Internal Hard Drives (Hitachi S/N: JBVM14HPLIA, Hitachi S/N: 1SDA5LBL, Seagate S/N: NA053K5G, Seagate S/N: 9VP04HJX, Western Digital S/N: WMAH91104312), Thumb Drives (Ativa 4GB, Data Trach 2GB, Office Depot 2GB) and Micro SD card, seized from defendant by law enforcement on or about January 25, 2012, and

      f.    Motorola cellular phone, seized from defendant by law enforcement on or about January 25, 2012.

AND WHEREAS, beginning on August 18, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of John Alan Williams.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **December 22, 2016**            /s/ Dale A. Drozd
                                                                UNITED STATES DISTRICT JUDGE