PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ALAN WILLIAMS,<br><br>Defendant. | Case No: 1:12-cr-00420-DAD-BAM<br><br>**STIPULATION AND ORDER TO VACATE JANUARY 17, 2017 STATUS CONFERENCE AND SET MARCH 6, 2017 RESTITUTION HEARING**<br><br>Ctrm:  5<br><br>Hon. Dale A. Drozd |

   THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Assistant Federal Defender Eric V. Kersten, Counsel for Defendant John Alan Williams ("defendant"), that this action's (a) **January 17, 2017 status conference be vacated;** and (b) a **restitution hearing be set for 10:00 a.m. on March 6, 2017**.

   The parties base this stipulation on good cause.  To explain, at this action's December 12, 2016 sentencing hearing (Doc. 58), the court imposed judgment in this case in all respects except for the determination of restitution, which can be separately addressed within 90 days therefrom pursuant to 18 U.S.C. § 3664(d)(5).  At that time, the parties requested a status conference be set for January 17, 2017

1  so they could advise the court of the extent that they could resolve the issue of restitution, by way of the
2  preparation and filing of a stipulation and proposed order, without the need for a restitution hearing.
3       Since this time, counsel for the parties have met and conferred regarding restitution, and pursuant
4  to the same belief that they may indeed be able to stipulate to a general proposed restitution amount and
5  present the same to the court.  In light of defendant's being in transit within the Bureau of Prisons,
6  however, defense counsel needs time to find him and speak with him about this issue.  Counsel for the
7  parties accordingly discussed this matter with the court in chambers, and recommended that they (1)
8  vacate the January 17, 2017 status conference, (2) set a restitution hearing date for a Monday in March
9  2017, and (3) work toward stipulating to a general restitution amount (regarding the "Cindy" victim,
10 whose representation has presented a restitution claim) with the goal of filing such a stipulation well
11 enough in advance of the restitution hearing to enable the court to rule on the stipulation and issue a
12 restitution order in advance of the restitution hearing.  The court advised the parties that it was available
13 to hold this restitution hearing within its March 6, 2017 calendar.

PHILLIP A. TALBERT
United States Attorney

Dated: January 11, 2017            By: /s/ Brian W. Enos
                                   BRIAN W. ENOS
                                   Assistant U.S. Attorney

                                   (As auth. 1/12/17)

Dated: January12, 2017              /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Attorney for Defendant

**ORDER**

The January 17, 2017 status conference as to the above named defendant is vacated, and a restitution hearing is ordered to take place on March 6, 2017, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **January 12, 2017**            _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE