HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
John Alan Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00420-DAD-BAM-1 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |
| vs. | ) | Date:  March 27, 2017 |
| JOHN ALAN WILLIAMS, | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the restitution hearing scheduled for March 6, 2017 may be may be continued to March 27, 2017, at 10:00 a.m., or the soonest time thereafter that is convenient to the court.

On December 12, 2016, the Court held a sentencing hearing and all aspects of Mr. Williams' ultimate judgment were resolved, with the exception of restitution. At that time, the Court announced its intent to impose restitution and the parties requested time to attempt to negotiate a recommended resolution of the issue. Counsel for the parties have reached a tentative agreement, but additional time is need to discuss the proposed resolution with Mr. Williams, who is housed in federal prison. While 18 U.S.C. § 3664(d)(5) sets forth a ninety day deadline for imposition of restitution, the court nonetheless retains power to order restitution after the ninety days provided it has announced that it would order restitution prior to the deadline's expiration.

*Dolan v. United States*, 560 U.S. 605, 607-621 (U.S. 2010). Here, given that counsel have agreed upon a recommended resolution, and communication with Mr. Williams is complicated by his imprisonment, the requested continuance is appropriate

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

PHILIP A. TALBERT
United States Attorney

DATED:  March 2, 2017     By     */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  March 2, 2017     By     */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
John Alan Williams

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the restitution hearing in this case. Good cause appearing, the restitution hearing as to the above named defendant currently scheduled for March 6, 2017, is continued until March 27, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **March 2, 2017**
UNITED STATES DISTRICT JUDGE