PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN ALAN WILLIAMS,<br><br>  Defendant. | Case No: 1:12-cr-00420-DAD-BAM<br><br>**MOTION TO VACATE MARCH 27, 2017 RESTITUTION HEARING RE: MINOR VICTIM "CINDY"; ORDER**<br><br>Ctrm: 5<br><br>Hon. Dale A. Drozd |

The United States moves to vacate the March 27, 2017 hearing regarding minor victim "Cindy's" 2014 restitution request in this case. The undersigned counsel for the United States contacted her representative in Illinois by phone call earlier today, and learned at that time that Cindy's restitution request in this matter was being withdrawn in its entirety.

Dated: March 22, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Brian W. Enos
BRIAN W. ENOS
Assistant U.S. Attorney

1

**ORDER**

The restitution hearing, previously set for March 27, 2017, is hereby vacated as the restitution request in this matter has been withdrawn in its entirety. The Clerk of the Court is directed to amend the judgment and commitment order to reflect that there will be no restitution ordered.

IT IS SO ORDERED.

Dated:   **March 22, 2017**                                  /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE